UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

CHRISTOPHER KANAYO ONWUACHI,

                    Defendant.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 14 2006 ★
BROOKLYN OFFICE

ORDER
97-CR-00089 (JG)

JOHN GLEESON, United States District Judge:

Christopher Onwuachi completed his term of supervised release on August 19, 2004. Therefore, he is no longer under court supervision and has no further obligation in this matter. The case is closed.

                      So ordered.

                      s/John Gleeson
                      _____
                      John Gleeson, U.S.D.J.

Dated: March 6, 2006
       Brooklyn, New York